ORDERED.

Dated: December 19, 2016

_____
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                              CASE NO:

THOMAS LESLIE PADGETT, JR                        3:15-bk-03603-JAF
TERESA ANN PADGETT

    Debtors.
_____/

**AMENDED ORDER SUSTAINING DEBTORS' OBJECTION
TO CLAIM ELEVEN (11) OF SANTANDER CONSUMER USA**

    This case came on for consideration of Debtor's Objection to Claim Eleven (11) filed by Santander Consumer USA. This Court, being fully informed in the premises, finds that as the creditor failed to file a Response to the Debtor's Objection to Claim, Document No. 23 filed on February 22, 2016, with the local rule 2002-4 negative notice legend informing the parties of their opportunity to object within thirty days of the date of service and no interested parties have filed a response within the thirty (30) day time period allowed, the Objection has merit and should be sustained. Accordingly, it is hereby

    ORDERED:

1.    That the Debtors' Objection to Claim Eleven (11) is sustained.

2.    Claim Eleven (11) filed by Santander Consumer USA shall have a secured claim in the amount of $ 28,534.83 **  with interest at the rate of 5.25%.

** Amended from $20,900.00.

Robert Zipperer, Attorney for Debtors is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.